UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAVID LANDEROS,<br><br>   Petitioner,<br><br>   v.<br><br>MARTIN BITER, WARDEN,<br><br>   Respondent. | ) CV 13-00550-GW (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: November 7, 2013

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE